

Specialized Education of Pennsylvania
150 Rouse Blvd
Ste 210
Philadelphia, PA 19112

**Pay Statement**

Period Start Date 01/18/2026
Period End Date 01/31/2026
Pay Date 02/06/2026
Document 58083804

**Net Pay** **$838.59**

## Pay Details

**CHRISTINE ARSENICOS**
470 NEVILLE ROAD
MOSCOW, PA 18444
USA

| | | | |
|---|---|---|---|
| Employee Number | 10058616 | Pay Group | Spec Educ Pennsylvania BW |
| SSN | XXX-XX-XXXX | Location | 10116 GRAHAM AT MAYFIELD |
| Job | Behavior Technician | Department | 10116 - GRAHAM AT MAYFIELD |
| Pay Rate | $20.2500 | Product Grp | - |
| Pay Frequency | Biweekly | Territory/FA | - |
| | | Division | SESI - Specialized Ed Serv Inc |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 57.470000 | $20.2500 | $1,163.77 | $2,908.31 |
| Sick Pay | 0.000000 | $0.0000 | $0.00 | $162.00 |

**Total Hours** 57.470000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $58.19 | $153.51 | $0.00 | $0.00 |
| Critical Illnes | No | $4.74 | $14.22 | $0.00 | $0.00 |
| Dental | Yes | $7.48 | $22.44 | $13.29 | $39.87 |
| Hospital Indemi | No | $7.75 | $23.25 | $0.00 | $0.00 |
| IDENTITY THEFT | No | $4.59 | $13.77 | $0.00 | $0.00 |
| Long Term Disab | No | $1.76 | $5.28 | $0.00 | $0.00 |
| METLAW | No | $7.62 | $22.86 | $0.00 | $0.00 |
| Short Term Disa | No | $5.27 | $15.81 | $0.00 | $0.00 |
| Supp ADD | No | $0.92 | $2.76 | $0.00 | $0.00 |
| Vision | Yes | $4.29 | $12.87 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $8.73 | $23.03 |
| GTL Life Insura | No | $0.00 | $0.00 | $3.02 | $9.06 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $67.46 | $202.15 |
| Employee Medicare | $16.71 | $44.01 |
| Social Security Employee Tax | $71.42 | $188.17 |
| PA State Income Tax | $35.37 | $93.18 |
| MAYFIELD | $28.80 | $75.88 |
| MAYFIELD BORO LST | $1.81 | $5.43 |
| LAKEFIELD SD-MAYFIELD BORO | $0.19 | $0.57 |
| PA Unemployment Employee | $0.81 | $2.14 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 16.0000 |
| Sick pay | 1.8460 | 27.0740 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx7297 | Checking | $30.00 |
| xxxxx4190 | Checking | $808.59 |
| Total | | $838.59 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,163.77 | $1,093.81 | $222.57 | $102.61 | $838.59 |
| YTD | $3,070.31 | $2,881.49 | $611.53 | $286.77 | $2,172.01 |



Specialized Education of Pennsylvania
150 Rouse Blvd
Ste 210
Philadelphia, PA 19112

**Pay Statement**

Period Start Date 02/01/2026
Period End Date 02/14/2026
Pay Date 02/20/2026
Document 58084547

**Net Pay** **$655.07**

## Pay Details

**CHRISTINE ARSENICOS**
470 NEVILLE ROAD
MOSCOW, PA 18444
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 10058616 | Pay Group | Spec Educ Pennsylvania BW |
| SSN | XXX-XX-XXXX | Location | 10116 GRAHAM AT MAYFIELD |
| Job | Behavior Technician | Department | 10116 - GRAHAM AT MAYFIELD |
| Pay Rate | $20.2500 | Product Grp | - |
| Pay Frequency | Biweekly | Territory/FA | - |
| | | Division | SESI - Specialized Ed Serv Inc |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 44.920000 | $20.2500 | $909.63 | $3,817.94 |
| Sick Pay | 0.000000 | $0.0000 | $0.00 | $162.00 |

**Total Hours** 44.920000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $45.48 | $198.99 | $0.00 | $0.00 |
| Critical Illnes | No | $4.74 | $18.96 | $0.00 | $0.00 |
| Dental | Yes | $7.48 | $29.92 | $13.29 | $53.16 |
| Hospital Indemi | No | $7.75 | $31.00 | $0.00 | $0.00 |
| IDENTITY THEFT | No | $4.59 | $18.36 | $0.00 | $0.00 |
| Long Term Disab | No | $1.76 | $7.04 | $0.00 | $0.00 |
| METLAW | No | $7.62 | $30.48 | $0.00 | $0.00 |
| Short Term Disa | No | $5.27 | $21.08 | $0.00 | $0.00 |
| Supp ADD | No | $0.92 | $3.68 | $0.00 | $0.00 |
| Vision | Yes | $4.29 | $17.16 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $6.82 | $29.85 |
| GTL Life Insura | No | $0.00 | $0.00 | $3.02 | $12.08 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $43.32 | $245.47 |
| Employee Medicare | $13.02 | $57.03 |
| Social Security Employee Tax | $55.67 | $243.84 |
| PA State Income Tax | $27.56 | $120.74 |
| MAYFIELD | $22.45 | $98.33 |
| MAYFIELD BORO LST | $1.81 | $7.24 |
| LAKEFIELD SD-MAYFIELD BORO | $0.19 | $0.76 |
| PA Unemployment Employee | $0.64 | $2.78 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 16.0000 |
| Sick pay | 1.8460 | 28.9200 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx7297 | Checking | $30.00 |
| xxxxx4190 | Checking | $625.07 |
| Total | | $655.07 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $909.63 | $852.38 | $164.66 | $89.90 | **$655.07** |
| YTD | $3,979.94 | $3,733.87 | $776.19 | $376.67 | $2,827.08 |

FullBloom | Specialized Education SERVICES, INC.

Specialized Education of Pennsylvania
150 Rouse Blvd
Ste 210
Philadelphia, PA 19112

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/15/2026 |
| Period End Date | 02/28/2026 |
| Pay Date | 03/06/2026 |
| Document | 58085283 |
| **Net Pay** | **$904.99** |

## Pay Details

**CHRISTINE ARSENICOS**
470 NEVILLE ROAD
MOSCOW, PA 18444
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 10058616 | Pay Group | Spec Educ Pennsylvania BW |
| SSN | XXX-XX-XXXX | Location | 10116 GRAHAM AT MAYFIELD |
| Job | Behavior Technician | Department | 10116 - GRAHAM AT MAYFIELD |
| Pay Rate | $20.2500 | Product Grp | - |
| Pay Frequency | Biweekly | Territory/FA | - |
| | | Division | SESI - Specialized Ed Serv Inc |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 62.130000 | $20.2500 | $1,258.13 | $5,076.07 |
| Sick Pay | 0.000000 | $0.0000 | $0.00 | $162.00 |

**Total Hours** 62.130000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $62.91 | $261.90 | $0.00 | $0.00 |
| Critical Illnes | No | $4.74 | $23.70 | $0.00 | $0.00 |
| Dental | Yes | $7.48 | $37.40 | $13.29 | $66.45 |
| Hospital Indemi | No | $7.75 | $38.75 | $0.00 | $0.00 |
| IDENTITY THEFT | No | $4.59 | $22.95 | $0.00 | $0.00 |
| Long Term Disab | No | $1.76 | $8.80 | $0.00 | $0.00 |
| METLAW | No | $7.62 | $38.10 | $0.00 | $0.00 |
| Short Term Disa | No | $5.27 | $26.35 | $0.00 | $0.00 |
| Supp ADD | No | $0.92 | $4.60 | $0.00 | $0.00 |
| Vision | Yes | $4.29 | $21.45 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $9.44 | $39.29 |
| GTL Life Insura | No | $0.00 | $0.00 | $3.02 | $15.10 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $78.17 | $323.64 |
| Employee Medicare | $18.07 | $75.10 |
| Social Security Employee Tax | $77.27 | $321.11 |
| PA State Income Tax | $38.26 | $159.00 |
| MAYFIELD | $31.16 | $129.49 |
| MAYFIELD BORO LST | $1.81 | $9.05 |
| LAKEFIELD SD-MAYFIELD BORO | $0.19 | $0.95 |
| PA Unemployment Employee | $0.88 | $3.66 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 16.0000 |
| Sick pay | 1.8460 | 30.7660 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx7297 | Checking | $30.00 |
| xxxxx4190 | Checking | $874.99 |
| Total | | $904.99 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,258.13 | $1,183.45 | $245.81 | $107.33 | **$904.99** |
| YTD | $5,238.07 | $4,917.32 | $1,022.00 | $484.00 | $3,732.07 |



Specialized Education of Pennsylvania
150 Rouse Blvd
Ste 210
Philadelphia, PA 19112

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/01/2026 |
| Period End Date | 03/14/2026 |
| Pay Date | 03/20/2026 |
| Document | 58086010 |
| **Net Pay** | **$1,043.81** |

## Pay Details

**CHRISTINE ARSENICOS**
470 NEVILLE ROAD
MOSCOW, PA 18444
USA

| | |
|---|---|
| Employee Number | 10058616 |
| SSN | XXX-XX-XXXX |
| Job | Behavior Technician |
| Pay Rate | $20.2500 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Spec Educ Pennsylvania BW |
| Location | 10116 GRAHAM AT MAYFIELD |
| Department | 10116 - GRAHAM AT MAYFIELD |
| Product Grp | - |
| Territory/FA | - |
| Division | SESI - Specialized Ed Serv Inc |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Personal | 2.000000 | $20.2500 | $40.50 | $40.50 |
| Regular Pay | 60.380000 | $20.2500 | $1,222.70 | $6,298.77 |
| Sick Pay | 9.500000 | $20.2500 | $192.38 | $354.38 |

**Total Hours** 71.880000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $72.78 | $334.68 | $0.00 | $0.00 |
| Critical Illnes | No | $4.74 | $28.44 | $0.00 | $0.00 |
| Dental | Yes | $7.48 | $44.88 | $13.29 | $79.74 |
| Hospital Indemi | No | $7.75 | $46.50 | $0.00 | $0.00 |
| IDENTITY THEFT | No | $4.59 | $27.54 | $0.00 | $0.00 |
| Long Term Disab | No | $1.76 | $10.56 | $0.00 | $0.00 |
| METLAW | No | $7.62 | $45.72 | $0.00 | $0.00 |
| Short Term Disa | No | $5.27 | $31.62 | $0.00 | $0.00 |
| Supp ADD | No | $0.92 | $5.52 | $0.00 | $0.00 |
| Vision | Yes | $4.29 | $25.74 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $10.92 | $50.21 |
| GTL Life Insura | No | $0.00 | $0.00 | $3.02 | $18.12 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $100.68 | $424.32 |
| Employee Medicare | $20.93 | $96.03 |
| Social Security Employee Tax | $89.52 | $410.63 |
| PA State Income Tax | $44.32 | $203.32 |
| MAYFIELD | $36.10 | $165.59 |
| MAYFIELD BORO LST | $1.81 | $10.86 |
| LAKEFIELD SD-MAYFIELD BORO | $0.19 | $1.14 |
| PA Unemployment Employee | $1.02 | $4.68 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 14.0000 |
| Sick pay | 1.8460 | 23.1120 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx7297 | Checking | $30.00 |
| xxxxx4190 | Checking | $1,013.81 |
| Total | | $1,043.81 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,455.58 | $1,371.03 | $294.57 | $117.20 | **$1,043.81** |
| YTD | $6,693.65 | $6,288.35 | $1,316.57 | $601.20 | $4,775.88 |



Specialized Education of Pennsylvania
150 Rouse Blvd
Ste 210
Philadelphia, PA 19112

**Pay Statement**

Period Start Date  03/15/2026
Period End Date   03/28/2026
Pay Date         04/03/2026
Document          58086733

**Net Pay**       **$1,158.27**

## Pay Details

**CHRISTINE ARSENICOS**
470 NEVILLE ROAD
MOSCOW, PA 18444
USA

| | | | |
|---|---|---|---|
| Employee Number | 10058616 | Pay Group | Spec Educ Pennsylvania BW |
| SSN | XXX-XX-XXXX | Location | 10116 GRAHAM AT MAYFIELD |
| Job | Behavior Technician | Department | 10116 - GRAHAM AT MAYFIELD |
| Pay Rate | $20.2500 | Product Grp | - |
| Pay Frequency | Biweekly | Territory/FA | - |
| | | Division | SESI - Specialized Ed Serv Inc |

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Personal | 1.500000 | $20.2500 | $30.38 | $70.88 |
| Regular Pay | 78.420000 | $20.2500 | $1,588.00 | $7,886.77 |
| Sick Pay | 0.000000 | $0.0000 | $0.00 | $354.38 |

**Total Hours** 79.920000

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $80.92 | $415.60 | $0.00 | $0.00 |
| Critical Illnes | No | $4.74 | $33.18 | $0.00 | $0.00 |
| Dental | Yes | $7.48 | $52.36 | $13.29 | $93.03 |
| Hospital Indemi | No | $7.75 | $54.25 | $0.00 | $0.00 |
| IDENTITY THEFT | No | $4.59 | $32.13 | $0.00 | $0.00 |
| Long Term Disab | No | $1.76 | $12.32 | $0.00 | $0.00 |
| METLAW | No | $7.62 | $53.34 | $0.00 | $0.00 |
| Short Term Disa | No | $5.27 | $36.89 | $0.00 | $0.00 |
| Supp ADD | No | $0.92 | $6.44 | $0.00 | $0.00 |
| Vision | Yes | $4.29 | $30.03 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $12.14 | $62.35 |
| GTL Life Insura | No | $0.00 | $0.00 | $3.02 | $21.14 |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $119.24 | $543.56 |
| Employee Medicare | $23.30 | $119.33 |
| Social Security Employee Tax | $99.61 | $510.24 |
| PA State Income Tax | $49.32 | $252.64 |
| MAYFIELD | $40.17 | $205.76 |
| MAYFIELD BORO LST | $1.81 | $12.67 |
| LAKEFIELD SD-MAYFIELD BORO | $0.19 | $1.33 |
| PA Unemployment Employee | $1.13 | $5.81 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 12.5000 |
| Sick pay | 1.8460 | 24.9580 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx7297 | Checking | $30.00 |
| xxxxx4190 | Checking | $1,128.27 |
| Total | | $1,158.27 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,618.38 | $1,525.69 | $334.77 | $125.34 | **$1,158.27** |
| YTD | $8,312.03 | $7,814.04 | $1,651.34 | $726.54 | $5,934.15 |