# SABATINI LAW FIRM, LLC

**CARLO SABATINI**
**KRISTIN SABATINI**

216 N. Blakely St.
Dunmore, PA 18512
Phone: (570) 341-9000
Fax: (570) 504-2769
**Satellite Office:** Wilkes-Barre 823-9000

June 8, 2026

Bankruptcy Clerk's Office
U.S. Bankruptcy Court
197 S. Main St.
Wilkes-Barre, PA 18701

**RE: In re Christine Arsenicos**
**U.S. Bankruptcy Court Case No. 5:26-bk-01072-MJC**

Dear Sir or Madam:

The notice sent to Tower Behavioral Health in the above case was returned to our office because the address was incorrect. Kindly change the address for Tower Behavioral Health on the mailing matrix to the following:

OLD ADDRESS:
Tower Behavioral Health
301 S 7th Ave Ste 200
West Reading, PA 19611-1410

NEW ADDRESS:
Tower Behavioral Health
201 Wellness Wy
Reading, PA 19605

Thank you for your assistance. If you have any questions, please do not hesitate to contact me.

Sincerely yours,

s/Tiffany Bator
Tiffany Bator
Paralegal

/tb