Carlo Sabatini, ID # 83831
Attorney for Debtor
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re  Christine Arsenicos,<br>Debtor | Chapter 7 |
| | Case No. 5:26-bk-01072-MJC |

## **CERTIFICATE OF SERVICE**

I, Tiffany Bator, hereby certify that I am today, June 8, 2026, serving a true and correct

copy of Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines upon the below

creditor by depositing said document in the United States mail, first class, postage prepaid,

addressed as follows:


Tower Behavioral Health
201 Wellness Wy.
Reading, PA 19605


Dated: June 8, 2026

/s/Tiffany Bator
Tiffany Bator