United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Christine Marie Arsenicos
    Debtor

Case No. 26-01072-MJC

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: admin          Page 1 of 3

Date Rcvd: Jul 24, 2026          Form ID: 318          Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine Marie Arsenicos, 470 Neville Road, Moscow, PA 18444-9017 |
| 5796763 | + | Alight Mobile, 320 South Canal Street, 50th Floor Suite 5000, Chicago, IL 60606-5707 |
| 5796768 | + | Carbondale Family Health, 150 Brooklyn st, Carbondale , PA 18407-2274 |
| 5796770 | + | Clause Law Group, PO Box 241, Newfoundland, PA 18445-0241 |
| 5796771 | | Cottage Hose Ambulance Corps, PO Box 331, Carbondale, PA 18407-0331 |
| 5796772 | + | Craig Arsenicos, 445 Cemetery Rd, Moscow, PA 18444-6057 |
| 5796778 | + | LHTC Broadband, 101 Laurel Highlands Place, Donegal, PA 15628-4042 |
| 5796779 | + | LVNV Funding LLC, C/O Resurgent Capital Services PO Box 10, Greenville, SC 29602-0010 |
| 5796785 | + | PP&J Realty, LLC, Attn: Phil Curcio, 323 Fallbrook Road, Carbondale, PA 18407-8200 |
| 5796788 | + | Prudential Insurance Company, 751 Broad St, Newark, NJ 07102-3754 |
| 5796789 | + | Robert Piazza, 470 Neville Road, Moscow, PA 18444-9017 |
| 5796794 | + | Tower Behavioral Health, 201 Wellness Wy, Reading, PA 19605-8902 |
| 5796796 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5796799 | + | Wayne Memorial Community Health Center, 600 Maple Avenue, Honesdale, PA 18431-1459 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Jul 24 2026 22:41:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5804790 | | EDI: PHINAMERI.COM | Jul 24 2026 22:41:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5796764 | | Email/Text: bankruptcy@sunrisecreditservices.com | Jul 24 2026 18:45:00 | AT&T Mobility, Attn: Bankruptcy, PO Box 9004, Melville, NY 11747-9004 |
| 5796761 | | Email/Text: bankruptcynotices@aarons.com | Jul 24 2026 18:45:00 | Aaron's Sales and Lease Ownership, 340 S Washington Ave, Scranton, PA 18505-3815 |
| 5796762 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 24 2026 18:55:12 | Affirm Inc, Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5796765 | | EDI: SYNC | Jul 24 2026 22:41:00 | Barclays Bank/Old Navy, Attn: Bankruptcy, PO Box 96506, Orlando, FL 32896-5065 |
| 5796766 | + | EDI: DISH | Jul 24 2026 22:41:00 | Boost Mobile, 9601 S. Meridian Blvd, Englewood, CO 80112-5905 |
| 5796767 | + | EDI: CAPITALONE.COM | Jul 24 2026 22:41:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5796769 | | Email/Text: omx-bnc-bk-notices@chime.com | Jul 24 2026 18:45:00 | Chime/the Bancorp Bank, Attn: Bankruptcy, 101 California St Ste 500, San Francisco, CA 94111-5802 |
| 5796773 | | EDI: CCS.COM | Jul 24 2026 22:41:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |

| 5796774 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2026 18:55:12 | Credit One Bank, N.A., 335 Madison Ave, New York, NY 10017-4611 |
|---|---|---|---|
| 5796775 | ^ MEBN | Jul 24 2026 18:43:14 | Dept of Ed/Aidvantage, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 5796776 | EDI: PHINAMERI.COM | Jul 24 2026 22:41:00 | GM Financial, Attn: Bankruptcy, 801 Cherry St Ste 3500, Fort Worth, TX 76102-6854 |
| 5796777 | + Email/Text: bankruptcy.us@klarna.com | Jul 24 2026 18:45:00 | Klarna, 800 N High St, Suite 400, Columbus, OH 43215-1430 |
| 5796780 | Email/Text: bankruptcydpt@mcmcg.com | Jul 24 2026 18:45:00 | Midland Credit Management, PO Box 60578, Los Angeles, CA 90060-0578 |
| 5796781 | Email/Text: bankruptcy@onlineis.com | Jul 24 2026 18:45:00 | Online Collections GRVL, PO Box 1489, Winterville, NC 28590-1489 |
| 5796783 | Email/Text: bankruptcy@perpay.com | Jul 24 2026 18:45:00 | PerPay Inc., 2400 Market St, STE 300, Philadelphia, PA 19103 |
| 5796786 | ^ MEBN | Jul 24 2026 18:42:59 | PPL Electric Customer Services, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5796782 | Email/Text: csc.bankruptcy@amwater.com | Jul 24 2026 18:45:00 | Pennsylvania American Water Co., PO Box 578, Alton, IL 62002-0578 |
| 5796784 | ^ MEBN | Jul 24 2026 18:42:54 | Perpay Inc/Celtic, Attn: Bankruptcy, 2400 Market St Ste 300, Philadelphia, PA 19103-3033 |
| 5796787 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jul 24 2026 18:45:00 | Progressive Insurance, PO Box 31260, Tampa, FL 33631-3260 |
| 5796790 | Email/Text: enotifications@santanderconsumerusa.com | Jul 24 2026 18:45:00 | Santander Bank, Santander Consumer USA Inc., Attn: Bankr, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5796791 | Email/Text: enotifications@santanderconsumerusa.com | Jul 24 2026 18:45:00 | Santander Bank, PO Box 961211, Fort Worth, TX 76161-0211 |
| 5796792 | ^ MEBN | Jul 24 2026 18:43:13 | Scott & Associates, P.C., 41 Byberry Rd., Suite 9, Hatboro, PA 19040-3210 |
| 5796793 | + Email/Text: bankruptcy@sunrisecreditservices.com | Jul 24 2026 18:45:00 | Sunrise Credit Services, 8 Corporate Center Dr Ste 300, Melville, NY 11747-3193 |
| 5796795 | Email/Text: bkrcy@ugi.com | Jul 24 2026 18:45:00 | UGI Utilites, PO Box 13009, Reading, PA 19612-3009 |
| 5796797 | Email/Text: edbknotices@ecmc.org | Jul 24 2026 18:45:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5796798 | EDI: VERIZONCOMB.COM | Jul 24 2026 22:41:00 | Verizon Wireless, Attn: Bankruptcy Department, PO Box 408, Newark, NJ 07101-0408 |
| 5796800 | + Email/Text: snyderth@wmh.org | Jul 24 2026 18:45:00 | Wayne Memorial Hospital, 601 Park St, Honesdale, PA 18431-1498 |
| 5796801 | EDI: COMCASTCBLCENT | Jul 24 2026 22:41:00 | Xfinity Mobile, PO Box 21129, Eagan, MN 55121-0129 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Christine Marie Arsenicos usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lawrence G. Frank | lawrencegfrank@gmail.com  PA39@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Christine Marie Arsenicos | Social Security number or ITIN   xxx–xx–4617 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:26–bk–01072–MJC | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christine Marie Arsenicos
aka Christine M Arsenicos, aka Christine
Arsenicos, fka Christine M Mullins, fka Christine
Mullins, fka Christine Marie Mullins

**By the court:**

7/24/26

Mark J. Conway, United States
Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**